

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jesse Cantu, individually and on behalf of all others similarly situated | Civil Action No. 22-cv-01974-BAS-DDL |
| **Plaintiff,** | |
| V. | |
| Tapestry, Inc., a Maryland corporation doing business as Coach.com; Does 1 through 25 inclusive | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court GRANTS Defendant's motion to dismiss Plaintiff's claim based on the VPPA. This dismissal is with prejudice. The case is hereby closed.

Date:  10/3/23

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ J. Olsen

J. Olsen, Deputy